UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:96-CR-21-01-F2

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| JOHNNY MACON PLEASANTS, | ) | |
| Defendant. | | |

By handwritten *pro se* motion filed on May 27, 2011 [DE-341] the defendant, Johnny Macon Pleasants ("Pleasants"), asks the court to review the entire record in this case and enter an order that will permit him to be released prior to his anticipated release date, still more than three years away. Specifically, Pleasants suggests that the court "please ask the PSI people to wave [sic] Public Safety Factor, looking at what I have done positive for the Free Society [?] in the past 15 + years."

While the court applauds Pleasants' efforts to improve many aspects his life and understands his desire to be home with his family, the relief he seeks is not available to him. Accordingly, Pleasants' "(Motion to Address PSI Report) to Wave [sic] Public Safety Factor" [DE-341] is DENIED.

SO ORDERED.

This the 2nd day of June, 2011.

JAMES C. FOX
Senior United States District Judge