UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:96-CR-21-F1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| JOHNNY MACON PLEASANTS, | ) | |
| Defendant. | ) | |

This matter is before the court on Pleasants's pro se letter motion to appoint counsel, which Pleasants requests in connection with a potential Rule 35 motion for reduction of sentence. Appointment of counsel is not available in these circumstances, *United States v. Taylor*, 441 F.3d 528 (4th Cir. 2005), and the motion is therefore DENIED. The Clerk of Court is DIRECTED to send a copy of Pleasants' motion and the attached letter to the United States's Attorney's Office for this district.

SO ORDERED.

This the 19 day of May, 2014.

                                                             *James C. Fox*
                                                         JAMES C. FOX
                                                         Senior United States District Judge